SEALED



FILED

DEC 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   2:10-CR-518 JAM
                                   )   CR NO.
              Plaintiff,           )
                                   )
         v.                        )
                                   )
SEALED                             )
              Defendant.           )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED: DECEMBER 16, 2010

_____
HONORABLE KENDALL J. NEWMAN
U.S. Magistrate Judge