SEALED FILED

DEC 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:10-CR-518 JAM
                                  )   CR. NO.
12            Plaintiff,          )
                                  )   ORDER TO SEAL
13       v.                       )   (UNDER SEAL)
                                  )
14 JEFFREY RODRIGUEZ,             )
                                  )
15            Defendant.          )
   _____)
16

17      IT IS HEREBY ORDERED that the documents in the above

18 referenced case shall be sealed until the arrest of the defendant

19 or until further order of the Court.

20 DATED: DECEMBER 16, 2010

21                                  _____
                                    HONORABLE KENDALL J. NEWMAN
22                                  U.S. Magistrate Judge

23

24

25

26

27

28