DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 10-0518 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JEFFREY RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | Date:  June 7, 2011 |
| ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, JEFFREY RODRIGUEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, April 12, 2011, be continued to Tuesday, June 7, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant

in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through June 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: April 7, 2011             /s/ Matthew M. Scoble
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for JEFFREY RODRIGUEZ

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  April 7, 2011           /s/ Matthew M. Scoble for
                                          PAUL HEMESATH
                                          Assistant U.S. Attorney

## O R D E R

    The status conference is continued to June 7, 2011, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 7, 2011.

    IT IS SO ORDERED.


Dated: 4/11/2011

                                          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          United States District Judge