```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>               Plaintiff, )<br>  )<br>v.  )<br>  )<br>JEFFREY RODRIGUEZ,  )<br>  )<br>               Defendant.  )<br>  )<br>_____) | CASE NO. 2:10-cr-00518 JAM<br><br>STIPULATION AND ORDER<br><br>DATE: June 7, 2011<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Matthew Scoble, counsel for defendant Jeffrey Rodriguez, that the above status conference be rescheduled from this Court's June 7, 2011, calendar, and that the matter be re-calendared for July 19, 2011, at 9:30 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

IT IS FURTHER STIPULATED that time be excluded between through July 19, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

1

```
Dated: June 6, 2011            /s/ Paul Hemesath
                               Paul Hemesath
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: June 6, 2011            /s/ Matthew Scoble
                               Matthew Scoble
                               Counsel for Defendant
                               Jeffrey RODRIGUEZ
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: 6/6/2011

                                      /s/ John A. Mendez
                                      John A. Mendez
                                      United States District Judge