BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>v.                                    )<br>                                      )<br>JEFFREY RODRIGUEZ,                    )<br>                                      )<br>            Defendant.                )<br>                                      )<br>_____) | CASE NO. 2:10-cr-00518 JAM<br><br>STIPULATION AND ORDER<br><br>DATE: August 23, 2011<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Matthew Scoble, counsel for defendant Jeffrey Rodriguez, that the above status conference be rescheduled from this Court's August 23, 2011, calendar, and that the matter be re-calendared for October 4, 2011, at 9:30 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded between through October 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: August 16, 2011          /s/ Paul Hemesath  
Paul Hemesath  
Assistant United States Attorney  
Counsel for Plaintiff

Dated: August 16, 2011          /s/ Matthew Scoble  
Matthew Scoble  
Counsel for Defendant  
Jeffrey RODRIGUEZ

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: 8/18/2011          /s/ John A. Mendez  
Hon. John A. Mendez  
United States District Judge