DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 10-0518 JAM |
| ) Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JEFFREY RODRIGUEZ, ) | |
| ) Defendant. ) | Date: November 15, 2011 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, JEFFREY RODRIGUEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, October 4, 2011, be continued to Tuesday, November 15, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

Dated: September 30, 2011    /s/ Matthew M. Scoble
        MATTHEW M. SCOBLE
        Assistant Federal Defender
        Attorney for JEFFREY RODRIGUEZ

        BENJAMIN B. WAGNER
        United States Attorney

Dated:  September 30, 2011    /s/ Matthew M. Scoble for
        PAUL HEMESATH
        Assistant U.S. Attorney

## O R D E R

The status conference is continued to November 15, 2011, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 15, 2011.

IT IS SO ORDERED.

Dated: 9/30/2011    /s/ John A. Mendez
        HON. JOHN A. MENDEZ
        United States District Judge