DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 10-0518 JAM |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ) JEFFREY RODRIGUEZ, ) | |
| ) Defendant. ) _____ ) | Date: February 21, 2012 Time: 9:30 a.m. Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, JEFFREY RODRIGUEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, January 17, 2012, be continued to Tuesday, February 21, 2012, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through February 21, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

Dated: January 13, 2012    /s/ Matthew M. Scoble
    MATTHEW M. SCOBLE
    Assistant Federal Defender
    Attorney for JEFFREY RODRIGUEZ

    BENJAMIN B. WAGNER
    United States Attorney

Dated:  January 13, 2012    /s/ Matthew M. Scoble for
    PAUL HEMESATH
    Assistant U.S. Attorney

# O R D E R

The status conference is continued to February 21, 2012, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through **February 21, 2012**.

IT IS SO ORDERED.

Dated: 1/13/2012    /s/ John A. Mendez
    HON. JOHN A. MENDEZ
    United States District Court Judge