```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFREY RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 10-518 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER ORDERING |
| v. | ) | PRE-PLEA PRESENTENCE REPORT |
| | ) | |
| JEFFREY RODRIGUEZ, | ) | Judge: Hon. John A. Mendez |
| | ) | Date:  April 17, 2012 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | |
| _____ | ) | |

    The parties mutually request that the Court order the U.S. Probation office to prepare a Pre-Plea Presentence Report. Defense investigation of this issue suggests results of such a review and report will have a substantial ameliorative effect on advisory guideline computations and a consequential beneficial effect on the ability of the parties to reach mutually agreeable terms of resolution of the case without trial. The request is for this report to be limited to criminal history calculation.

    The court is advised that defense counsel has conferred with U.S. Probation Officer Jeff Oestreicher who has advised that the probation office can accomplish this report by April 10, 2012. He has also

advised that the Probation Office needs an order from the court directing them to undertake this inquiry.  A proposed order follows this stipulation.  This case is currently set for status conference on April 17, 2012, thereby allowing the Probation Office the time they require to prepare the requested report.

The parties stipulate that time for trial under the Speedy Trial Act be excluded between February 27, 2012, and April 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  27 Feb 2012          /s/ Paul Hemesath
                            PAUL HEMESATH
                            Assistant United States Attorney
                            Counsel for Plaintiff


Date:  27 Feb 2012          DANIEL J. BRODERICK
                            Federal Defender

                             /s/ Matthew M. Scoble
                            MATTHEW M. SCOBLE
                            Assistant Federal Defender
                            Counsel for Defendant
                            JEFFREY RODRIGUEZ

Stipulation and Order              -2-

**O R D E R**

The Probation Office is directed to prepare the Pre-Plea Presentence Report as requested in the above stipulation and report its results to counsel for each of the parties on or before 10 April 2012, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date:  February 27, 2012          /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  United States District Court Judge