DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. Cr.S. 10-518 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: May 15, 2012 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, JEFFREY RODRIGUEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, April 17, 2012, be continued to Tuesday, May 15, 2012, at 9:30 a.m.

The reason for this continuance is to allow the parties to reach a negotiated resolution.  The parties have just received a pre-plea pre-sentence report.  This report will significantly facilitate negotiations in this case.  This continuance will allow the parties to finalize an agreement.  The parties agree that the ends of justice to

be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through May 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 16, 2012        /s/ Matthew M. Scoble
                             MATTHEW M. SCOBLE
                             Assistant Federal Defender
                             Attorney for JEFFREY RODRIGUEZ


                             BENJAMIN B. WAGNER
                             United States Attorney

Dated:  April 15, 2012       /s/ Matthew M. Scoble for
                             PAUL HEMESATH
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 15, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 15, 2012.

IT IS SO ORDERED.

Dated: 4/16/2012             /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge

Stip. & Order                2