1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar #237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JEFFREY RODRIGUEZ
6

```
FILED

Oct 10, 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,        )  No. 2:10-CR-00518 JAM
                                      )
13                      Plaintiff,    )
                                      )  ORDER SEALING RECORD
14        v.                          )
                                      )
15   JEFFREY RODRIGUEZ,               )
                                      )
16                      Defendant.    )
                                      )
17   _____)

18

19        On October 10, 2012, the Court received Sentencing Memorandum.

20   This Sentencing Memorandum contains personal information.

21        IT IS HEREBY ORDERED that the Clerk of the Court shall file the

22   document under seal and serve it on the parties.

23   Dated: October 10, 2012

24                                    /s/ John A. Mendez
                                      JOHN A. MENDEZ
25                                    United States District Court Judge

26

27

28