HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JEFFREY RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY RODRIGUEZ,<br><br>Defendant. | No. Cr. S 2:10-cr-518 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

Defendant, JEFFREY RODRIGUEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On November 6, 2012, this Court sentenced Mr. Rodriguez to a total term of 126 months imprisonment, comprised of 60 months on Count 1 (a violation of 18 U.S.C. § 922(a)(1)), 120 months on Count 2 (a violation of 18 U.S.C. § 922(g)(1)), and 126 months on Count 14 (a violation of 21 U.S.C. § 841(a)(1)), to be served concurrently;

3. As to all the charges, Mr. Rodriguez' adjusted total offense level was 33, his criminal history category was V, and the resulting guideline range was 210 to 262 months. He received a reduction from the low-end of the guideline range on the government's motion;

4. The sentencing range applicable to Mr. Rodriguez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Rodriguez' total adjusted offense level has been reduced from 33 to 31, and his amended guideline range is 168 to 210 months. A reduction comparable to the one received initially produces a new term of 100 months imprisonment;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez' total term of imprisonment to a term of 100 months, comprised of 60 months on Count 1, 100 months on Count 2, and 100 months on Count 14, to be served concurrently.

Respectfully submitted,

Dated:  October 13, 2015                         Dated:   October 13, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                          /s/ *Hannah R. Labaree*
JASON HITT                                            HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                                Attorney for Defendant
UNITED STATES OF AMERICA             JEFFREY RODRIGUEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 168 to 210 months. A reduction comparable to the one he received initially produces a new term of 100 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is reduced to a total term of 100 months, comprised of 60 months on Count 1, 100 months on Count 2, and 100 months on Count 14, to be served concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   October 14, 2015

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge